IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| KRISTIAN FERRELL | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| CURRAN FROMHOLD CORRECTIONAL FACILITY | : | NO. 15-1817 |

FILED
MAY - 1 2015
MICHAEL E. KUNZ, Clerk
By_____ Dep. Clerk

O R D E R

AND NOW, this 30th day of April, 2015, upon consideration of plaintiff's motion to proceed in forma pauperis and his pro se complaint, IT IS ORDERED that:

1. Plaintiff's motion to proceed in forma pauperis is GRANTED.

2. Plaintiff's complaint is DISMISSED with prejudice pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii) for the reasons discussed in the court's Memorandum of this date.

3. The Clerk of Court shall CLOSE this case.

BY THE COURT:

_____
NORMA L. SHAPIRO, J.